**SEALED**

**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FEB 19 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § | **INDICTMENT** |
| VS. | § | **Ct. 1**: 18 U.S.C. § 922(o) |
| | § | Illegal Possession of a Machine Gun |
| TYRIN MALIK FOLEY, | § | **Ct. 2**: 26 U.S.C. § 5861(d) |
| Defendant. | § | Possession of an Unregistered Firearm |
| | § | **Ct. 3**: 18 U.S.C. § 924(c) |
| | § | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

THE GRAND JURY CHARGES:

**SA20CR0100 XR**

COUNT ONE
[18 U.S.C. § 922(o)]

On or about September 5, 2019, in the Western District of Texas, Defendant,

**TYRIN MALIK FOLEY,**

knowingly possessed a machinegun, namely, a Glock GMBH 17GEN4, 9mm handgun, serial number BACP567, equipped with a Glock replacement slide cover plate intended for use as a machinegun conversion device that caused said firearm to be a machinegun, in violation of 18 U.S.C. § 922(o).

COUNT TWO
[26 U.S.C. § 5861(d)]

On or about September 5, 2019, in the Western District of Texas, Defendant,

**TYRIN MALIK FOLEY,**

knowingly possessed firearms, to wit: a New Frontier Armory LW-15 short-barreled rifle, .300 caliber, serial number NLV86306 and a Glock GMBH 17GEN4, 9mm handgun, serial number BACP567, equipped with a Glock replacement slide cover plate intended for use as a machinegun

conversion device that caused said firearm to be a machinegun, and a Glock replacement slide cover plate intended for use as a machinegun conversion device, which were not then registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT THREE
### [18 U.S.C. § 924(c)]

On or about September 5, 2019, in the Western District of Texas, Defendant,

**TYRIN MALIK FOLEY,**

did knowingly possess firearms, to wit: a New Frontier Armory LW-15 short-barreled rifle, .300 caliber, serial number NLV86306, and a Glock GMBH 17GEN4, 9mm handgun, serial number BACP567, equipped with a Glock replacement slide cover plate intended for use as a machinegun conversion device, during and in relation to, and did possess said firearms in furtherance of, a drug trafficking crime that may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Marijuana, in violation of 18 U.S.C. § 924(c).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.

### Firearms Violation and Forfeiture Statutes
**[18 U.S.C. §§ 922(o) and 924 (c), subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461]**

As a result of the criminal violations set forth in Counts One and Three, the United States of America gives notice to Defendant **TYRIN MALIK FOLEY** of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924, as made applicable to criminal forfeiture by 28 U.S.C. § 2461. Section 924 states in pertinent part:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing

2

> violation of subsection . . . of section 922, . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

## II.

### Unlicensed Firearm and Machine Gun Violations and Forfeiture Statutes
**[Title 26 U.S.C. § 5861(d), subject to forfeiture pursuant to Title 26 U.S.C. § 5872, made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violation set forth in Count Two, the United States of America gives notice to Defendant **TYRIN MALK FOLEY** of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and 26 U.S.C. § 5872, as made applicable to criminal forfeiture by 28 U.S.C. § 2461. Section 5872 states in pertinent part:

> **Title 26 U.S.C. § 5872. Forfeitures**
> **(a) Laws applicable-** Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture. . . and the persons to whom this chapter applies.

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. New Frontier Armory LW-15 firearm, .300 caliber, serial number: NLV86306;
2. Glock GMBH 17 handgun, 9mm caliber, serial number: BACP567; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
MATTHEW W. KINSKEY
Assistant United States Attorney